# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN PETTY, <br> Petitioner, | : <br> : <br> : | CIVIL ACTION |
| v. | : | |
| PENNSYLVANIA BOARD OF <br> PROBATION AND PAROLE, et al. <br> Respondents. | : <br> : | NO. 10-279 |

FILED NOV :- 2 2010 MICHAEL E. KUNZ, Clerk By_____ Dep. Clerk

## ORDER

AND NOW, this 2nd day of November, 2010, upon careful and independent consideration of the petition for writ of habeas corpus, the response thereto, Petitioner's reply brief, and Petitioner's various motions, and after review of the Report and Recommendation of United States Magistrate Judge David R. Strawbridge, IT IS HEREBY ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED;

2. The petition for a writ of habeas corpus is DENIED and DISMISSED;

3. There is no basis for the issuance of a certificate of appealability;

4. Petitioner's Motion for Cross Summary judgment (Doc. No. 9) is DENIED;

5. Petitioner's Motion for Appointment of Counsel (Doc. No. 10) is DENIED;

6. Petitioner's Motion to Dismiss States Claims (Doc. No. 11) is DENIED;

7. Petitioner's Motion for Federal Investigation with Parole Board Civil Attorneys Administrative Relief Procedures (Doc. No. 12) is DENIED;

8. Petitioner's Motion to Dismiss Opposition to Petition for Writ of Habeas Corpus (Doc. No. 18) is DENIED; and

9. Petitioner's Motion for Entery of Default Judgment Against Respondents Pa. Board of Probation and Parole is DENIED.

The Clerk of Court is directed to close this matter for statistical purposes.

BY THE COURT:

*Harvey Bartle*

HARVEY BARTLE, III,      Ch. J.